# NEWMAN MYERS KREINES GROSS HARRIS, P.C.

JAN KEVIN MYERS
CHARLES W. KREINES
OLIVIA M. GROSS
IAN F. HARRIS
STEPHEN N. SHAPIRO
CHARLES DEWEY COLE, JR**

RICHARD L. NEWMAN  (1921-2006)
ABRAHAM S. ALTHEIM  (1954-2005)

ATTORNEYS AT LAW

40 WALL STREET
NEW YORK, NY 10005
(212) 619-4350
FAX: (212) 619-3622
www.nmkgh.com

NEWMAN MYERS KREINES GROSS HARRIS
A PARTNERSHIP PRACTICING IN NEW JERSEY AFFILIATED WITH
NEWMAN MYERS KREINES GROSS HARRIS, P.C.

ABRAHAM A. FRIEDMAN
JANINE SILVER
RICHARD E. SCHMEDAKE
ADRIENNE YARON
LUIS G. SABILLON*
MICHAEL J. WINTER
PATRICK M. CARUANA*
SUZANNE S. SWANSON***
ANDREW METZAR
MARC S. BORDEN****

*     ALSO ADMITTED IN NJ
**    ALSO ADMITTED IN NJ, DC & TX
***   ALSO ADMITTED IN MI
****  ADMITTED IN NJ ONLY

August 20, 2014

Ms. Deborah Holmes
Deputy Clerk
United States Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Newman Myers v. Great Northern Ins. Co.**
           **USCA Docket No.:**    **14-1506 (L) and 14-1766 (XAP)**
           **SDNY Docket No.:**    **13-CIV-2177**
           **Newman Myers File No.:**    **NP 20713**

Dear Ms. Holmes:

       The parties to this appeal have agreed in principle a settlement of this action. We are working to resolve certain details concerning a confidentiality agreement, and expect to have the settlement finalized shortly. In the interim, we request a 30-day extension of the time by which to file the appeal and cross-appeal.

       Thank you for your attention to this matter.

       Very truly yours,

Newman Myers Kreines Gross Harris       Rosner, Nocera & Ragone, LLP

       S/                                           S/
By: Charles W. Kreines, Esq.                By: John A. Nocera, Esq.